**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert MOECKEL, Defendant– Appellant.**

No. 12–14269
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 18, 2013.

John Ryan Love, Pamela C. Marsh, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, For Plaintiff–Appellee.

Clinton Alan Couch, Clinton A. Couch, PA, Pensacola, FL, for Defendant–Appellant.

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Clinton A. Couch, appointed counsel for Robert Moeckel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Moeckel's convictions and sentences are **AFFIRMED.**